AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Electronic Frontier Foundation<br>*Plaintiff*<br>v.<br>National Security Agency, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   3:14-cv-03010 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Frontier Foundation

Date:   07/01/2014

/s/ Nathan Cardozo
*Attorney's signature*

Nathan Cardozo (SBN 259097)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, California 94109

*Address*

nate@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*