UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
_____
www.cand.uscourts.gov

RICHARD W. WIEKING                                                                                          GENERAL COURT NUMBER
   CLERK OF COURT                                                                                                  415-522-2000

July 22, 2014

Andrew Gellis Crocker
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Re:  **Electronic Frontier Foundation v. National Security Agency**
     14-cv-03010-JCS

Dear Counsel:

     This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

     The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

     A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by **August 5, 2014**.  This form can be found on the Court's website at www.cand.uscourts.gov.

                                                                         Richard W. Wieking

                                                                         Clerk, United States District Court

                                                                         *Karen L. Hom*

                                                                         Karen Hom, Deputy Clerk to the
                                                                         Honorable JOSEPH C. SPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 14-cv-03010-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( ) **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____    NAME: _____
COUNSEL FOR
(OR "PRO SE"): _____

_____
*Signature*