IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ELECTRONIC FRONTIER FOUNDATION,

Plaintiff,

v.

NATIONAL SECURITY AGENCY, ET AL.,

Defendant.

_____________________________________/

No. C 14-03010 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held on **November 13, 2014 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424). Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, the Case Management Conference shall be moved to **11:00 a.m.** All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 8/14/14

For the Court,
RICHARD W. WIEKING, Clerk

By: Corinne Lew
Courtroom Deputy Clerk

United States District Court
For the Northern District of California