Benjamin C. Mizer
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JACQUELINE COLEMAN SNEAD
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7214
Washington, DC 20001
Tel: (202) 514-3418
Fax: (202) 616-8470
Email: Jacqueline.snead@usdoj.gov

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL SECURITY AGENCY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　　Defendants. | Case No.: CV 14-3010-JCS<br><br>**Request to Appear by Telephone at Case Management Conference**<br><br>**Date:** May 21, 2015<br>**Time:** 10:00am<br>**Dept:** Courtroom 3, 17th Floor<br>**Judge:** Hon. Richard Seeborg |

Pursuant to the Clerk's Notice, Aug. 14, 2014, ECF No. 18, Defendants, the National Security Agency ("NSA") and the Office of the Director of National Intelligence ("ODNI"), by and through undersigned counsel, hereby request to appear by telephone at the Initial Case Management Conference ("CMC"), scheduled for May 21, 2015.  Counsel for the government is an attorney with the Department of Justice in Washington, DC.  She works in Washington, DC and resides in Maryland.  Her telephonic appearance would save the time and expense of cross-country travel without impeding her ability to participate meaningfully in the CMC proceedings.

Undersigned counsel conferred with Plaintiff's counsel, Andrew Crocker, prior to this filing, and he consents to the government's request.

Dated:  May 6, 2015               Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MELINDA HAAG
U.S. Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-3418
Fax:  (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

**Counsel for Defendants**

*EFF v. NSA,* Case No. 14-3010
Request to Appear by Telephone at CMC