UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 14-cv-03010-RS<br><br>**ORDER ADOPTING PROPOSED BRIEFING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE** |

On May 14, the parties submitted a joint case management statement informing the court of their intent to have this matter resolved on cross-motions for summary judgment. The proposed briefing schedule set forth in the statement is adopted, as follows:

  a. On or before August 12, 2015, defendants will file their motion for summary judgment.

  b. On or before September 11, 2015, plaintiff will file its combined cross-motion for summary judgment and opposition to defendants' motion.

  c. On or before October 16, 2015, defendants will file their combined opposition to plaintiff's motion and reply in support of their motion.

  d. On or before October 30, 2015, plaintiff will file its reply in support of its motion.

Upon receipt of the parties' briefing, the court may set a date, in consultation with the parties, to hear the cross-motions for summary judgment. Alternatively, the court may elect to determine the motions without oral argument pursuant to Civil Local Rule 7-1(b). The Case Management Conference set for May 21, 2015 is hereby vacated.

**IT IS SO ORDERED**.

Dated: May 19, 2015

_____
RICHARD SEEBORG
United States District Judge