BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.berman@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 14-cv-03010-RS |
| Plaintiff, | |
| v. | ORDER **STATUS REPORT AND STIPULATED REQUEST TO SET A BRIEFING SCHEDULE** |
| NATIONAL SECURITY AGENCY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | Hon. Richard Seeborg |
| Defendants. | |

Pursuant to the Court's August 12, 2015 Order, ECF No. 28, the parties respectfully submit this status report and request that the Court enter the schedule set forth below for summary judgment briefing in this matter:

1. On August 11, 2015, the parties requested a continuance of summary judgment briefing in this matter, because the Defendants had determined that the single document that remained in contention in this case could be reprocessed and released in part. *See* Stipulated Request for Continuance of Summary Judgment Briefing, ECF No. 27 at 2. Defendants indicated that they would produce the reprocessed document, with redactions and a *Vaughn* index for that document, by September 3, 2015. *Id.* The parties stipulated that they would then confer regarding whether any substantive issues remained in contention in this matter. *Id.* The parties requested that they be permitted to submit a status report by September 25, 2015, proposing a briefing schedule for summary judgment motions if any substantive issues remained in contention at that time. *Id.*

2. On September 3, 2015, the Defendants produced to Plaintiff the reprocessed document, with redactions under FOIA exemptions (b)(1), (b)(3), and (b)(5), along with a *Vaughn* index for that document.

3. Having conferred, the parties have recognized that substantive issues remain in contention regarding the redactions taken in the document, and respectfully request that the Court enter the following schedule for summary judgment motions in this matter:

   a. On or before October 30, 2015, defendants will file their motion for summary judgment.

   b. On or before December 4, 2015, plaintiff will file its combined cross-motion for summary judgment and opposition to defendants' motion.

   c. On or before January 8, 2016, defendants will file their combined opposition to plaintiff's motion and reply in support of their motion.

   d. On or before January 22, 2016, plaintiff will file its reply in support of its motion.

DATED: September 25, 2015                    Respectfully submitted,

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

                                              MELINDA HAAG
                                              United States Attorney

                                              ELIZABETH J. SHAPIRO
                                              Deputy Branch Director

                                              */s/ Julia A. Berman*
                                              RODNEY PATTON
                                              JULIA A. BERMAN, Bar No. 241415

                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, N.W.
                                              Washington, D.C.  20001
                                              Telephone: (202) 616-8480
                                              Facsimile:  (202) 616-8470

                                              *Attorneys for Defendants*

                                              */s/ Andrew Crocker*
                                              Andrew Crocker
                                              Mark Rumold
                                              Nathan Cardozo
                                              Jennifer Lynch
                                              ELECTRONIC FRONTIER FOUNDATION
                                              815 Eddy St.
                                              San Francisco, CA  94109

                                              *Attorneys for Plaintiff*
                                              *Electronic Frontier Foundation*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Julia Berman, hereby attest that I obtained the concurrence of Andrew Crocker, counsel for the Plaintiff, Electronic Frontier Foundation, in the filing of this document.

_/s/ Julia A. Berman_____
JULIA A. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001

PURSUANT TO STIPULATION, it is hereby ORDERED that:

    a. On or before October 30, 2015, defendants will file their motion for summary judgment.

    b. On or before December 4, 2015, plaintiff will file its combined cross-motion for summary judgment and opposition to defendants' motion.

    c. On or before January 8, 2016, defendants will file their combined opposition to plaintiff's motion and reply in support of their motion.

    d. On or before January 22, 2016, plaintiff will file its reply in support of its motion

IT IS SO ORDERED.

Dated: 9/29/15

*[signature]*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE