BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20044
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: Rodney.Patton@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Case No.: 14-cv-03010-RS<br><br><br><br>**PROPOSED ORDER** |

The Court, having considered the Defendants' Motion for Summary Judgment, the Plaintiff's opposition, and any reply thereto, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment is GRANTED.

**AND IT IS SO ORDERED.**

Dated: _____    _____
                                            HON. RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE