BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Counsel
JULIA BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 14-cv-03010-RS |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~ ORDER] TO EXTEND BY FOUR BUSINESS DAYS DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR SUMMARY JUDGMENT MOTION AND THEIR OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| NATIONAL SECURITY AGENCY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendants. | Hon. Richard Seeborg |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6-2, Defendants request and the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request that (1) the Court extend the deadline by four business days to January 14 for Defendants to file their combined opposition to plaintiff's cross-motion for summary judgment and their reply in support of their motion for summary judgment; (2) the Court correspondingly extend by four business days to January 28 the deadline for Plaintiff's reply in support of its cross-motion for summary judgment; and (3) that the Court retain the February 18, 2016 hearing on these motions as currently calendared.

Defendants provide the following bases in support of their request:

1. On September 25, 2015, the parties submitted a stipulated request to set a briefing schedule for filing cross-motions for summary judgment. *See* ECF No. 30.

2. Thereafter, the Court adopted the parties' proposed schedule and set the following dates for briefing:

    a. On or before October 30, 2015, defendants will file their motion for summary judgment.

    b. On or before December 4, 2015, plaintiff will file its combined cross-motion for summary judgment and opposition to defendants' motion.

    c. On or before January 8, 2016, defendants will file their combined opposition to plaintiff's motion and reply in support of their motion.

    d. On or before January 22, 2016, plaintiff will file its reply in support of its motion.

*See* ECF No. 31.

3. Pursuant to this briefing schedule, Defendants filed their summary judgment motion on October 30, and Plaintiff filed its cross-motion for summary judgment and opposition to Defendants' motion on December 4, 2015. *See* ECF Nos. 32, 34.

1

STIPULATION AND [PROPOSED ORDER] TO EXTEND BY FOUR BUSINESS DAYS DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR SUMMARY JUDGMENT MOTION AND THEIR OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
Case No.: 14-cv-03010-RS

4. Defendants need a four business-day extension of their current deadline from January 8 to January 14 to complete their combined opposition to plaintiff's motion and reply in support of their motion. Specifically, Defendants need this additional time to allow the equity holders in the document at issue to consider the extent to which redactions in the document may be lifted. That process was hampered by the unavailability of various officials during the recent holiday period and made more difficult by the undersigned counsel's work on several other briefs in other cases in December and in early January.

5. Defendants also seek a concomitant four business-day extension for Plaintiff's current deadline for its reply in support of its motion for summary judgment from January 22 to January 28.

6. Both parties request that the hearing date for these cross-motions remain on February 18, 2016.

DATED: January 6, 2015                                         Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Rodney Patton*
RODNEY PATTON
JULIA A. BERMAN

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Telephone: (202) 305-7919
Facsimile:  (202) 616-8470

*Attorneys for Defendant*

/s/ Andrew Crocker
Andrew Crocker
Mark Rumold
Nathan Cardozo
Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94109

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Rodney Patton, hereby attest that I obtained the concurrence of Andrew Crocker, counsel for the Plaintiff, Electronic Frontier Foundation, in the filing of this document.

/s/ Rodney Patton
RODNEY PATTON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001

PURSUANT TO STIPULATION, it is hereby ORDERED that

1. The current deadline of January 8 for Defendants to file their combined opposition to Plaintiff's motion and reply in support of their motion is hereby extended by four business days and is now due on January 14, 2016.
2. The current deadline of January 22 for Plaintiff to file its reply in support of its motion for summary judgment is hereby extended by four business days to January 28, 2016.
3. The current hearing date for these cross-motions remains as currently scheduled on February 18, 2016.

AND IT IS SO ORDERED.

Dated: 1/7/16   _____

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE