BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Counsel
JULIA BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Case No.: 14-cv-03010-RS<br><br>**STIPULATION AND [PROPOSED] ORDER] TO EXTEND DEADLINE FOR PARTIES TO REPORT TO THE COURT WHETHER THEY HAVE REACHED AN AGREEMENT ON THE ISSUE OF ATTORNEYS' FEES AND COSTS**<br><br>Hon. Richard Seeborg |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6-2, Defendants request and the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request that the Court extend the deadline from May 6 to June 6, 2016 for the parties to report to the Court regarding whether they have reached agreement or whether the plaintiff's claim for costs and attorneys' fees will be presented to the Court for consideration.

The parties provide the following bases in support of their request:

1. On March 17, 2016, the Court granted the Government's motion for summary judgment and denied Plaintiff's cross-motion for summary judgment. *See* Order Re: Cross Motions for Summary Judgment (ECF No. 41) ("Order");
2. The Court ordered that the Government submit a proposed final judgment, *see* Order at 5, which it did on April 7, 2016. *See* [Proposed] Final Judgment (ECF No. 43-1);
3. The Court entered final judgment on April 7, 2016. *See* Final Judgment (ECF No. 45);
4. In that Final Judgment, the Court ordered that, by May 6, 2016, the parties must submit a report stating "whether the parties have reached agreement or whether the plaintiff's claim" for attorneys' fees and costs "will be presented to the Court for consideration." Final Judgment at 1;
5. Since that time the parties have been engaged in good faith discussions regarding attorneys' fees and costs in an effort to resolve this issue without motions practice;
6. Due to a variety of competing priorities, particularly for the Government, those discussions are not yet complete;
7. The parties request that the deadline for the parties to report to the Court on this issue be extended from May 6 to June 6, 2016, to allow for these discussions to be completed.

| | |
|---|---|
| DATED: May 6, 2016 | Respectfully submitted, |

                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney General

                                          MELINDA HAAG
                                          United States Attorney

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          */s/ Rodney Patton*
                                          RODNEY PATTON
                                          JULIA A. BERMAN

                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W., Room 7320
                                          Washington, D.C.  20001
                                          Telephone: (202) 305-7919
                                          Facsimile:  (202) 616-8470

                                          *Attorneys for Defendants*

                                          */s/ Andrew Crocker*
                                          Andrew Crocker
                                          Mark Rumold
                                          Nathan Cardozo
                                          Jennifer Lynch
                                          ELECTRONIC FRONTIER FOUNDATION
                                          815 Eddy St.
                                          San Francisco, CA  94109

                                          *Attorneys for Plaintiff*
                                          *Electronic Frontier Foundation*

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Rodney Patton, hereby attest that I obtained the concurrence of Andrew Crocker, counsel for the Plaintiff, Electronic Frontier Foundation, in the filing of this document.

                                          */s/ Rodney Patton*
                                          RODNEY PATTON
                                          Senior Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W.
                                          Washington, D.C.  20001

PURSUANT TO STIPULATION, it is hereby ORDERED that

1. The current deadline of May 6 for the parties to report to the Court about whether they have resolved the issue of attorneys' fees and costs be extended to June 6, 2016.
2. The parties will report to the Court on or before June 6, 2016, regarding whether the parties have reached agreement on this issue or whether the plaintiff's claim will be presented to the Court for consideration.

AND IT IS SO ORDERED.

Dated: 5/10/16

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE